**Gary Robert TETLEY, Appellant,**

v.

**Jan Lynn TETLEY, Respondent.**

No. 63676.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 15, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 15, 1994.

Michael C. Todt, St. Louis, for appellant.

Catherine Ward Keefe, St. Louis, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution in which the trial court awarded primary care and custody to the mother of the parties' two minor daughters. Father appeals. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).